UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:19-CR-00101-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CODY ALEXANDER LOCKLEAR | NOTICE OF APPEAL |

Pursuant to Rule 4(b) of the Federal Rules of Appellate Procedure, NOTICE IS HEREBY GIVEN that the Defendant, Cody Alexander Locklear, hereby appeals to the Fourth Circuit Court of Appeals from the Judgment entered in this court in the above-captioned case. As Judgment was entered by the Honorable James C. Dever III on August 20, 2020, this notice is therefore filed within the time specification established in Rule 4.

Respectfully requested this 2nd day of September, 2020.

> G. ALAN DUBOIS
> Federal Public Defender
>
> */s/ Sonya M. Allen*
> SONYA M. ALLEN
> Assistant Federal Public Defender
> Attorney for Defendant
> Office of the Federal Public Defender
> 150 Fayetteville Street, Suite 450
> Raleigh, North Carolina 27601
> Telephone: 919-856-4236
> Fax: 919-856-4477
> E-mail: Sonya_Allen@fd.org
> N.C. State Bar No. 27194
> LR 57.1 Counsel Appointed

2

*CERTIFICATE OF SERVICE*

I HEREBY CERTIFY that a copy of the foregoing was served upon:

CAROLINE L. WEBB
Assistant United States Attorney
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Email: Caroline.Webb@usdoj.gov

by electronically filing the foregoing with the Clerk of Court on September 2, 2020, using the

CM/ECF system which will send notification of such filing to the above.

This the 2nd day of September, 2020.

      */s/ Sonya M. Allen*
      SONYA M. ALLEN
      Assistant Federal Public Defender
      Attorney for Defendant
      Office of the Federal Public Defender
      150 Fayetteville Street, Suite 450
      Raleigh, North Carolina 27601
      Telephone: 919-856-4236
      Fax: 919-856-4477
      E-mail: Sonya_Allen@fd.org
      N.C. State Bar No. 27194
      LR 57.1 Counsel Appointed